**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Richard M. PLATO, Defendant–
Appellant.**

No. 11–20407
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 8, 2011.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Dan Lamar Cogdell, Esq., Houston, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Richard M. Plato appeals the district court's affirmance of the magistrate judge's order of pretrial detention. Absent an error of law, we will uphold a district court's pretrial detention order if it is supported by the proceedings in that court, a deferential standard of review that equates to an abuse of discretion standard. *United States v. Rueben*, 974 F.2d 580, 586 (5th Cir.1992).

Plato has not shown that the district court made an error of law. The district court's determination that the Government

had shown by a preponderance of the evidence that no condition or combination of conditions could reasonably assure Plato's presence at trial is supported by the record. *See* 18 U.S.C. § 3142; *United States v. Westbrook*, 780 F.2d 1185, 1189–90 (5th Cir.1986). Accordingly, the pretrial detention order is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.